Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−16975−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barry L. Slocum
   133 Bedford Avenue
   Iselin, NJ 08830

Social Security No.:
   xxx−xx−1871

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 17, 2021.

Dated: November 18, 2021
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-16975-MBK |
| Barry L. Slocum | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 18, 2021 | Form ID: plncf13 | Total Noticed: 64 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barry L. Slocum, 133 Bedford Avenue, Iselin, NJ 08830-2417 |
| 519298983 | + | A.R. Strat, 14141 Southwest F.W.Y., Suite 300, Sugar Land, TX 77478-4630 |
| 519298988 | + | ATG Credit LLC, PO Box 14895, Chicago, IL 60614-8542 |
| 519298984 | + | Advanced Infectious Diseases Consultants, 98 James Street, Suite 200, Edison, NJ 08820-3902 |
| 519298985 | + | Anesthesia Associates of Morristown, PO Box 24002, Newark, NJ 07101-0410 |
| 519298986 | + | Arstrat, 14141 Southwest FWY, Suite 300, Sugar Land, TX 77478-4630 |
| 519298987 | + | AscensionPoint Recovery Services, 200 Coon Rapids Blvd., Suite 200, Minneapolis, MN 55433-5867 |
| 519298989 |   | Atlantic Health System, Atlantic Medical Group, PO Box 419101, Boston, MA 02241-9101 |
| 519298990 | + | Avenel Iselin Medical Group, 400 Gill Ln, Iselin, NJ 08830-3059 |
| 519298991 | + | Barclay Bank Delaware, PO Box 8003, Wilmington, DE 19803-8003 |
| 519298992 | + | CACH, LLC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 519298996 | + | CID Care PA, 105 Raider Blvd, Suite 101, Hillsborough, NJ 08844-1528 |
| 519298999 | + | CVS Specialty, PO Box 99778, Chicago, IL 60696-7578 |
| 519298994 | + | Cawley & Bergmann, LLC, 550 Broad Street, Sutie 1001, Newark, NJ 07102-4542 |
| 519298995 | + | Central Jersey Pathology Consultants, PO Box 3475, Toledo, OH 43607-0475 |
| 519299000 | + | Dr. Haidy Behman, 48 Pulaski Avenue, Carteret, NJ 07008-2594 |
| 519299001 | + | Edison Radiology Group, PO Box 3271, Indianapolis, IN 46206-3271 |
| 519334239 |   | Emergency Physician Associates North Jersey, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519299002 |   | Envision Physician Services, PO Box 8710, Coral Springs, FL 33075-8710 |
| 519299003 | + | Estate of Debra Slocum, deceased, The Beekman Law Firm, 47 Main Avenue, PO Box 395, Ocean Grove, NJ 07756-0395 |
| 519299004 | + | Faloni & Associates, 165 Passaic Avenue, Suite 301B, Fairfield, NJ 07004-3592 |
| 519299005 | + | Faloni Law Group LLC, 425 Eagle Rock Avenue, Suite 404, Roseland, NJ 07068-1717 |
| 519299008 |   | Hackensack Pathology Assoc, PO Box 95000-4105, Philadelphia, PA 19195-0001 |
| 519299009 |   | Hackensack University Medical Group, PO Box 95000-4535, Philadelphia, PA 19195-4535 |
| 519299010 | + | Hayt, Hayt & Landau, PO Box 500, Eatontown, NJ 07724-0500 |
| 519299011 | + | ICU NJ, PC, PO Box 743083, Atlanta, GA 30374-3083 |
| 519299018 | + | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 519299019 |   | New Jersey Healthcare Specialist, PO Box 412138, Boston, MA 02241-2138 |
| 519299020 |   | New Jersey Urology, PO Box 95000, Philadelphia, PA 19195-0001 |
| 519299021 |   | On Time Ambulance, Inc., 111 E. Highland Parkway, Roselle, NJ 07203-2614 |
| 519299022 |   | Panacea Health LLC, 20 Overlook Road, Mountain Lakes, NJ 07046-1509 |
| 519299027 | + | Pulmonary Internists PA, 2 Lincoln Highway, Suite 301, Edison, NJ 08820-3904 |
| 519299030 | + | RWJ Health Network, PO Box 949, Matawan, NJ 07747-0949 |
| 519299031 | + | RWJ University Hospital Rahway, Att: Patient Accounts, 865 Stone St, Rahway, NJ 07065-2742 |
| 519299028 | + | Revco, PO Box 163279, Columbus, OH 43216-3279 |
| 519299029 | + | Robert Wood Johnson University Hospital, PO Box 903, Oceanport, NJ 07757-0903 |
| 519299032 | + | Selip & Stylianou LLP, PO Box 914, Paramus, NJ 07653-0914 |
| 519299034 | + | Team Health Akron Billing Center, 3585 Ridge Park Dr, Akron, OH 44333-8203 |
| 519299035 | + | Union County Emergency Services, 825 Tech Center Drive, Suite 200, Columbus, OH 43230-6653 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | | |

Case 21-16975-MBK    Doc 19    Filed 11/20/21    Entered 11/21/21 00:14:24    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: plncf13 | Total Noticed: 64 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 18 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | | Nov 18 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519352417 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 18 2021 20:34:21 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519298993 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Nov 18 2021 20:34:04 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519309686 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Nov 18 2021 20:34:06 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519298997 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Nov 18 2021 20:34:22 | Citibank Platinum Select, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 519299007 | | Email/Text: bankruptcy@frost-arnett.com | | |
| | | | Nov 18 2021 20:28:00 | Frost-Arnett Company, PO Box 198988, Nashville, TN 37219 |
| 519299006 | | Email/Text: data_processing@fin-rec.com | | |
| | | | Nov 18 2021 20:28:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 519299012 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Nov 18 2021 20:34:04 | JCPenney/Synchrony Bank, Att: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 519299013 | | Email/Text: abachman@rmbcollect.com | | |
| | | | Nov 18 2021 20:29:00 | JFK Medical Center, Att: Patient Accounts, PO Box 3058, Edison, NJ 08818-3058 |
| 519299014 | | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Nov 18 2021 20:28:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519299016 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 18 2021 20:34:33 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 519299015 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 18 2021 20:34:08 | LVNV Funding LLC, PO Box 10585, Greenville, SC 29603-0585 |
| 519351082 | | Email/Text: camanagement@mtb.com | | |
| | | | Nov 18 2021 20:28:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519299017 | | Email/Text: camanagement@mtb.com | | |
| | | | Nov 18 2021 20:28:00 | M&T Bank, Consumer Credit Servicing, Att: Bankruptcy, PO Box 767, Buffalo, NY 14240 |
| 519299018 | + | Email/Text: list-nes-clientservicesreps-all@nes1.com | | |
| | | | Nov 18 2021 20:29:00 | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 519299023 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Nov 18 2021 20:34:33 | Portfolio Recovery Associates LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519299024 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Nov 18 2021 20:34:07 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519352413 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Nov 18 2021 20:34:20 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519351617 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Nov 18 2021 20:34:21 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 519299025 | | Email/Text: signed.order@pfwattorneys.com | | |
| | | | Nov 18 2021 20:28:00 | Pressler, Felt & Warshaw, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519350494 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Nov 18 2021 20:29:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519299033 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Nov 18 2021 20:34:05 | Synchrony Bank, Att: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 519300140 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Nov 18 2021 20:34:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519346714 | + | Email/PDF: ebn_ais@aisinfo.com | | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 18, 2021 | Form ID: plncf13 | Total Noticed: 64 |

| | | |
|---|---|---|
| | Nov 18 2021 20:34:21 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519299036  Email/Text: bankruptcytn@wakeassoc.com | Nov 18 2021 20:28:00 | Wakefield & Associates, Inc., PO Box 50250, Knoxville, TN 37950-0250 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519298998 | | Creditors of Estate of Debra Slocum |
| 519334240 | * | Emergency Physician Associates North Jersey, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519299026 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor Barry L. Slocum wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 4