**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Barry L. Slocum<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–1871<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __-_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 21–16975–MBK | |

# Order of Discharge                                                                                          12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Barry L. Slocum

<u>6/2/22</u>                                                                          **By the court:** <u>Michael B. Kaplan</u>
                                                                                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support
    obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
    in 11 U.S.C. §§ 507(a)(8)( C),
    523(a)(1)(B), or 523(a)(1)(C) to the
    extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Barry L. Slocum  
    Debtor

Case No. 21-16975-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jun 02, 2022      Form ID: 3180W      Total Noticed: 64

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barry L. Slocum, 219 Lexington Blvd., Apt. 3, Clark, NJ 07066-1457 |
| 519298983 | + | A.R. Strat, 14141 Southwest F.W.Y., Suite 300, Sugar Land, TX 77478-4630 |
| 519298988 | + | ATG Credit LLC, PO Box 14895, Chicago, IL 60614-8542 |
| 519298984 | + | Advanced Infectious Diseases Consultants, 98 James Street, Suite 200, Edison, NJ 08820-3902 |
| 519298985 | + | Anesthesia Associates of Morristown, PO Box 24002, Newark, NJ 07101-0410 |
| 519298987 | + | AscensionPoint Recovery Services, 200 Coon Rapids Blvd., Suite 200, Minneapolis, MN 55433-5867 |
| 519298989 | | Atlantic Health System, Atlantic Medical Group, PO Box 419101, Boston, MA 02241-9101 |
| 519298990 | + | Avenel Iselin Medical Group, 400 Gill Ln, Iselin, NJ 08830-3059 |
| 519298991 | + | Barclay Bank Delaware, PO Box 8003, Wilmington, DE 19803-8003 |
| 519298992 | + | CACH, LLC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 519298996 | + | CID Care PA, 105 Raider Blvd, Suite 101, Hillsborough, NJ 08844-1528 |
| 519298999 | + | CVS Specialty, PO Box 99778, Chicago, IL 60696-7578 |
| 519298995 | + | Central Jersey Pathology Consultants, PO Box 3475, Toledo, OH 43607-0475 |
| 519299000 | + | Dr. Haidy Behman, 48 Pulaski Avenue, Carteret, NJ 07008-2594 |
| 519299001 | + | Edison Radiology Group, PO Box 3271, Indianapolis, IN 46206-3271 |
| 519299002 | | Envision Physician Services, PO Box 8710, Coral Springs, FL 33075-8710 |
| 519299003 | + | Estate of Debra Slocum, deceased, The Beekman Law Firm, 47 Main Avenue, PO Box 395, Ocean Grove, NJ 07756-0395 |
| 519299004 | + | Faloni & Associates, 165 Passaic Avenue, Suite 301B, Fairfield, NJ 07004-3592 |
| 519299005 | + | Faloni Law Group LLC, 425 Eagle Rock Avenue, Suite 404, Roseland, NJ 07068-1717 |
| 519299008 | | Hackensack Pathology Assoc, PO Box 95000-4105, Philadelphia, PA 19195-0001 |
| 519299009 | | Hackensack University Medical Group, PO Box 95000-4535, Philadelphia, PA 19195-4535 |
| 519299010 | + | Hayt, Hayt & Landau, PO Box 500, Eatontown, NJ 07724-0500 |
| 519299011 | + | ICU NJ, PC, PO Box 743083, Atlanta, GA 30374-3083 |
| 519299019 | | New Jersey Healthcare Specialist, PO Box 412138, Boston, MA 02241-2138 |
| 519299020 | | New Jersey Urology, PO Box 95000, Philadelphia, PA 19195-0001 |
| 519299021 | | On Time Ambulance, Inc., 111 E. Highland Parkway, Roselle, NJ 07203-2614 |
| 519299022 | | Panacea Health LLC, 20 Overlook Road, Mountain Lakes, NJ 07046-1509 |
| 519299027 | + | Pulmonary Internists PA, 2 Lincoln Highway, Suite 301, Edison, NJ 08820-3904 |
| 519299030 | + | RWJ Health Network, PO Box 949, Matawan, NJ 07747-0949 |
| 519299031 | + | RWJ University Hospital Rahway, Att: Patient Accounts, 865 Stone St, Rahway, NJ 07065-2742 |
| 519299029 | + | Robert Wood Johnson University Hospital, PO Box 903, Oceanport, NJ 07757-0903 |
| 519299032 | + | Selip & Stylianou LLP, PO Box 914, Paramus, NJ 07653-0914 |
| 519299034 | + | Team Health Akron Billing Center, 3585 Ridge Park Dr, Akron, OH 44333-8203 |
| 519299035 | + | Union County Emergency Services, 825 Tech Center Drive, Suite 200, Columbus, OH 43230-6653 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Center, Suite 2100, Newark, NJ 07102-5235 |
| 519298986 | | Email/Text: Bankruptcy@arstrat.com | Jun 02 2022 20:47:00 | Arstrat, 14141 Southwest FWY, Suite 300, Sugar Land, TX 77478 |
| 519352417 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2022 20:53:15 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519298993 | | EDI: CAPITALONE.COM | Jun 03 2022 00:43:00 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519309686 | + | EDI: AIS.COM | Jun 03 2022 00:43:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519298994 | ^ | MEBN | Jun 02 2022 20:46:40 | Cawley & Bergmann, LLC, 550 Broad Street, Sutie 1001, Newark, NJ 07102-4542 |
| 519298997 | | EDI: CITICORP.COM | Jun 03 2022 00:43:00 | Citibank Platinum Select, PO Box 6004, Sioux Falls, SD 57117-6004 |
| 519334239 | ^ | MEBN | Jun 02 2022 20:46:29 | Emergency Physician Associates North Jersey, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519299007 | | Email/Text: bankruptcy@frost-arnett.com | Jun 02 2022 20:47:00 | Frost-Arnett Company, PO Box 198988, Nashville, TN 37219 |
| 519299006 | | Email/Text: data_processing@fin-rec.com | Jun 02 2022 20:47:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 519299012 | | EDI: RMSC.COM | Jun 03 2022 00:43:00 | JCPenney/Synchrony Bank, Att: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 519299013 | | Email/Text: abachman@rmbcollect.com | Jun 02 2022 20:48:00 | JFK Medical Center, Att: Patient Accounts, PO Box 3058, Edison, NJ 08818-3058 |
| 519299014 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 02 2022 20:47:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519299016 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2022 20:53:24 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 519299015 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2022 20:53:15 | LVNV Funding LLC, PO Box 10585, Greenville, SC 29603-0585 |
| 519351082 | | Email/Text: camanagement@mtb.com | Jun 02 2022 20:47:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519299017 | | Email/Text: camanagement@mtb.com | Jun 02 2022 20:47:00 | M&T Bank, Consumer Credit Servicing, Att: Bankruptcy, PO Box 767, Buffalo, NY 14240 |
| 519299018 | + | Email/Text: list-nes-clientservicesreps-all@nes1.com | Jun 02 2022 20:47:00 | National Enterprise Systems, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 519299023 | | EDI: PRA.COM | Jun 03 2022 00:43:00 | Portfolio Recovery Associates LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519299024 | | EDI: PRA.COM | Jun 03 2022 00:43:00 | Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541 |
| 519352413 | | EDI: PRA.COM | Jun 03 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519351617 | | EDI: PRA.COM | Jun 03 2022 00:43:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 519299025 | | Email/Text: signed.order@pfwattorneys.com | Jun 02 2022 20:47:00 | Pressler, Felt & Warshaw, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 519350494 | | EDI: Q3G.COM | Jun 03 2022 00:43:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519299028 | ^ | MEBN | Jun 02 2022 20:46:54 | Revco, PO Box 163279, Columbus, OH 43216-3279 |
| 519299033 | | EDI: RMSC.COM | | |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2022 | Form ID: 3180W | Total Noticed: 64 |

|  |  |  | Jun 03 2022 00:43:00 | Synchrony Bank, Att: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
|---|---|---|---|---|
| 519300140 | + | EDI: RMSC.COM | | |
|  |  |  | Jun 03 2022 00:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519346714 | + | EDI: AIS.COM | | |
|  |  |  | Jun 03 2022 00:43:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519299036 | | Email/Text: bankruptcytn@wakeassoc.com | | |
|  |  |  | Jun 02 2022 20:47:00 | Wakefield & Associates, Inc., PO Box 50250, Knoxville, TN 37950-0250 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519298998 | | Creditors of Estate of Debra Slocum |
| 519334240 | * | Emergency Physician Associates North Jersey, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519299026 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor Barry L. Slocum wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 4